# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | | |
|---|---|---|
| **JAMES A. SIMMONS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | **3:11-cv-00280** |
| **PORTFOLIO RECOVERY** | ) | |
| **ASSOCIATES LLC and YVETTE M.** | ) | |
| **STEPHEN,** | ) | |
| | ) | |
| **Defendant.** | | |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

**COME NOW** defendants Portfolio Recovery Associates, LLC ("PRA") and

Yvette M. Stephen ("Ms. Stephen"), by and through their undersigned counsel, and

pursuant to Fed. R. Civ. P. 12(b)(6), hereby submit this Motion to Dismiss the

Complaint of plaintiff James A. Simmons ("Plaintiff").  In support of their Motion,

Defendants state as follows:

1.     Plaintiff's Complaint is due to be dismissed because he has not met

the minimum federal pleading standards set forth by Fed. R. Civ. P. 8.  Plaintiff

fails to affirmatively state that he did not sign a written contract with his original

creditor that would permit assignee PRA to sue for the damages requested in the

underlying state court lawsuit.  Absent such an allegation, Plaintiff's Fair Debt

Collection Practices Act ("FDCPA") claim related to the filing of a false Civil

Warrant is due to be dismissed.

1937283 v1

2.     Moreover, Plaintiff fails to set forth any facts demonstrating why the affidavit executed by Ms. Stephen and filed by PRA is "false, deceptive, or misleading."  Rather, Plaintiff makes guesses as to how the affidavit was created, but wholly fails to state why the affidavit is inaccurate.  This is insufficient to permit Plaintiff to survive dismissal.

**WHEREFORE, PREMISES CONSIDERED**, Defendants respectfully request that this Court enter an order dismissing Plaintiff's Complaint, with prejudice.

Respectfully submitted,


*s/ R. Frank Springfield*
R. Frank Springfield (BPR # 025833)
James A. Haltom (BPR # 028495)

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
fspringf@burr.com

BURR & FORMAN, LLP
700 Two American Center
3102 West End Ave.
Nashville, TN 37203
Telephone: (615) 724-3237
Facsimile:  (615) 724-3337
jhaltom@burr.com

Attorneys for Defendant
PORTFOLIO RECOVERY ASSOCIATES, LLC
AND YVETTE M. STEPHEN

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 9th day of August, 2011:

Alan C. Lee
P. O. Box 1357
Morristown, TN  37816-1357
Telephone:  (423) 736-0201
Facsimile:  (423) 370-1441
info@alanlee.com


*s/ R. Frank Springfield*
OF COUNSEL