IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JAMES A. SIMMONS, )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>PORTFOLIO RECOVERY ASSOCIATES LLC )<br>and YVETTE M. STEPHEN, )<br>)<br>**Defendants.** ) | CIVIL ACTION NO.<br>3:11-cv-280 |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** plaintiff James A. Simmons ("Plaintiff") and defendants Portfolio Recovery Associates, LLC and Yvette M. Stephen (collectively "Defendants"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate to the dismissal, with prejudice, of each claim and count therein asserted by Plaintiff against Defendants in the above-styled action, with Plaintiff and Defendants to bear their own fees, costs and expenses.

Respectfully submitted this 4th day of January, 2013.

             *s/ Alan C. Lee*
             Alan C. Lee (BPR # 012700)
             P. O. Box 1357
             Talbott, TN 37877
             Telephone: (423) 736-0201
             Facsimile: (423) 370-1441
             info@alanlee.com

             Attorney for Plaintiff
             JAMES A. SIMMONS

*s/ R. Frank Springfield*
Alan D. Leeth (BPR # 022358)
R. Frank Springfield (BPR # 025833)
John P. Nefflen (BPR # 020226)

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
aleeth@burr.com
fspringf@burr.com

BURR & FORMAN, LLP
700 Two American Center
3102 West End Ave.
Nashville, TN 37203
Telephone: (615) 724-3237
Facsimile: (615) 724-3337
jnefflen@burr.com

Attorneys for Defendants
PORTFOLIO RECOVERY ASSOCIATES, LLC AND
YVETTE M. STEPHEN